**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROBERT CHARLES THOMAS,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　**Case No. 4:17cv35-WS/CAS**

**JULIE JONES, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case in January 2017. Plaintiff was granted in forma pauperis status in March, ECF No. 7, and permitted to proceed without payment of an initial filing fee. Plaintiff was required to file an amended civil rights complaint, ECF No. 8, which he did, ECF No. 9, but which remained deficient. An Order was entered on April 6, 2017, explaining the deficiencies of the amended complaint and providing him with "one final opportunity to submit a second amended complaint" which complied with the instructions provided. ECF No. 10. Plaintiff's deadline for filing a second amended complaint was May 5, 2017. ECF No. 10. As of this date, Plaintiff has not complied.

Plaintiff was warned in that Order that failure to comply might "result in a recommendation of dismissal of this action." *Id.* at 6. Because Plaintiff has had ample opportunity to comply if he intended to pursue this litigation, it appears he has abandoned his claims. This case should now be dismissed for failure to prosecute and failure to comply with a court order.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on July 20, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**